UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                                         Case Number 08-26080 JHW

Debtor: Leonard L. Russell

| Check Number | Creditor | Amount |
|---|---|---|
| 1679667 | Countrywide Home Loans, Inc. | 1,427.13 |

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  January 12, 2010